IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO:   3:97cr111/LAC
                                                                 3:03cv467/LAC/MD

CHARLES JUSTE

_____

## ORDER

The defendant has filed a notice of appeal (doc. 328) and a motion for certificate of appealability (doc. 329)  with respect to the order entered on January 25, 2005 (doc. 322). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of January 25, 2005, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $255.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 7th day of June, 2005.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**